# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Reginald Sanders and Anthony Buchanon**, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**F.C. Industries, Inc.**<br><br>Defendant. | Case No. 3:23-CV-00055<br><br>Judge Michael J. Newman<br><br>**AGREED ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSING ALL CLAIMS WITH PREJUDICE** |

This matter is before the Court pursuant to the Parties' Joint Motion for Approval of FLSA Settlement and Entry of Order of Dismissal of All Claims with Prejudice [Doc.#22].

This action involves various claims and allegations asserted by Plaintiffs. Plaintiffs' claims are multi-faceted and include allegations of violations of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, et seq. ("FLSA"), Ohio wage and hour laws, and R.C.§2307.60, for allegedly unpaid or improperly paid wages and compensation, statutory/liquidated damages, attorneys' fees, and costs. Defendants deny any liability.

After engaging in protracted negotiations, the Parties have reached a settlement of all pending claims, including the FLSA claims. The Parties have executed a separate Settlement Agreement and Release of All Claims for each Plaintiff, true and accurate copies of which have been submitted for the Court's review and approval.

Based on the submissions of counsel and the entire record in this matter, this Court finds the Parties' Joint Motion to be well taken, and hereby grants the same, and hereby approves the FLSA settlement. The settlement of the FLSA claims is hereby approved on the terms and conditions set forth in the Settlement Agreement and Release of All Claims for each Plaintiff as submitted to the

Court. The matter is therefore dismissed, in its entirety, with prejudice to any re-filing of the same, with each party to bear its own costs, and with this Court retaining jurisdiction to enforce the terms of the settlement, if needed.

IT IS SO ORDERED this 14th day of March, 2024.

MICHAEL J. NEWMAN
U.S. DISTRICT JUDGE

AGREED:

/s/ James L. Simon
James L. Simon (OH#0089483)
SIMON LAW CO.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: (216) 816-8696
Email: james@simonsayspay.com
*Counsel for Plaintiff*

/s/ Chad E. Willits (per email auth.)
Chad E. Willits (#0066541)
Vincent P. Antaki #(0072471)
REMINGER CO., LPA
525 Vine Street, Ste. 1500
Cincinnati, OH 45202
P: (513) 721-1311 / F: (513) 721-2553
Email: CWillits@reminger.com
Email: VAntaki@reminger.com
*Counsel for Defendant*

Michael L. Fradin, Esq. (OH#0091739)
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com
*Counsel for Plaintiff*