AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Reginald Sanders <br> *Plaintiff* <br> v. <br> F.C. Industries, Inc. <br> *Defendant* | Civil Action No. 3:23-cv-00055 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The matter is therefore dismissed, in its entirety, with prejudice to any re-filing of the same, with each party to bear its own costs, and with this Court retaining jurisdiction to enforce the terms of the settlement, if needed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on a motion for Approval of FLSA Settlement and Entry of Order of Dismissal of All Claims with Prejudice.

Date: 3/14/2024

CLERK OF COURT

s/ A. Wamsley

*Signature of Clerk or Deputy Clerk*